**Judgment in a Civil Case**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY R. DUTTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-404-PMF |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court having rendered its decision reversing and remanding the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g), judgment is hereby entered in favor of Plaintiff Terry R. Dutton and against Defendant, Jo Anne B. Barnhart, Commissioner of Social Security.

**DATED: March 22, 2006**                    **NORBERT G. JAWORSKI, CLERK**

                                             **By: s/Karen R. Metheney**
                                                    **Deputy Clerk**

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**